## SILVERMAN | ATTORNEYS
### &ASSOCIATES | AT LAW

April 7, 2021

# MEMO ENDORSED

**VIA ECF**

Honorable Kenneth M. Karas
U.S.D.C., Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re:   *Rutherford v. Florida Union Free School District et. el,*
> Docket No.:   16-CV-9778 (KMK)

Dear Judge Karas:

We represent Defendant Orange-Ulster Board of Cooperative Educational Services ("BOCES") in the above-referenced matter. We are writing to request permission to file certain exhibits in support of our motion for summary judgment under seal.

We are preparing to serve our motion for summary judgment on April 9, 2021 in accordance with the Court's March 11, 2021 Order. The exhibits in support of our motion contain documents that have confidential information regarding and/or are educational records of the infant Plaintiff. These include Individualized Education Program ("IEP") documents, assessments, behavior plans and data collection, attendance records, correspondence, and similar records. However, at this time, there is no Protective Order in place. Therefore, in order to maintain the infant Plaintiff's privacy, we respectfully request permission to file such documents under seal.

Thank you for your consideration of this matter.

Granted.

So Ordered.

4/7/21

Respectfully submitted,

**SILVERMAN & ASSOCIATES**

Caroline B. Lineen
Amanda E. D'Amico

To:   All Parties of Record (via ECF)