**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
P.C.R. and A.D.R., individually and as parents and
natural guardians on behalf of P.R., and P.R.,
individually,

                    Plaintiffs,

    -against-                                          16 **CIVIL** 9778 (KMK)

                                                                         **<u>JUDGMENT</u>**

FLORIDA UNION FREE SCHOOL DISTRICT
and ORANGE-ULSTER BOARD OF
COOPERATIVE EDUCATIONAL SERVICES,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2022, the Court has granted summary judgment to FUFSD on Plaintiffs' IDEA claim against FUFSD. Judgment is entered for FUFSD on Plaintiffs' IDEA claim against FUFSD; accordingly, the case is closed.

**Dated:**  New York, New York

      March 1, 2022

                                                                     **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                      **BY:**      *K. Mango*

                                                                      **Deputy Clerk**